IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| LUAL MARKO DENG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:20-CV-182-Z |
| § | |
| KELLY SERVICES, INC., § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS THE COMPLAINT

On January 26, 2021, the United States Magistrate Judge entered findings and conclusions in this case (ECF No. 5). The Magistrate Judge RECOMMENDS that Plaintiff's complaint be DISMISSED for lack of subject matter jurisdiction. Plaintiff filed no objections to the findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. Accordingly, it is ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Complaint (ECF No. 3) is DISMISSED.

**SO ORDERED.**

February 25, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE